

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:                    01-19-00284-CV

Trial Court Cause
Number:                          84584-CV

Style:                           Ramesh Raj

                                 v. Four Star Business, Inc.

Date motion filed[*]:            May 13, 2020

Type of motion:                  Motion for Rehearing

Party filing motion:             Appellant

Document to be filed:            N/A

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

☐ Granted

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sarah Beth Landau
                        ☐ Acting individually    ☒ Acting for the Court

Panel consists of Justice Landau, Justice Hightower, and Justice Countiss.

Date: September 10, 2020